**No. 61241.**—Vandegrift Forwarding Co., Inc., et al. *v.* United States, protests 268129–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 8, 1957

**No. 61242.**—Air Express International Agency and Barclay Clover, Inc. *v.* United States, protest 226995–K (San Francisco).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of wearing apparel, wholly or in chief value of silk, similar in all material respects to that the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc.*, et al. (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 61243.**—Gordon Fabrics Co. and Frank P. Dow Co., Inc. *v.* United States, protests 275924–K, 275926–K, and 287193–K (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items consist of woven fabrics in the piece, with fibers wholly of silk, dyed, valued at over $5.50 per pound, not Jacquard-figured, over 30 inches in width, the claim of the plaintiffs was sustained.